B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Eastern District of North Carolina

In re Dorothy Irene Godley                                              Case No. 19-01477
       Debtor(s)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **Revolve Capital Group, LLC** | **Wilmington Savings Fund Society, FSB, as trustee of Stanwich Mortgage Loan Trust A** |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

FCI Lender Services, Inc.
P.O. Box 27370
Anaheim Hills, CA 92809-0112

Court Claim # (if known): 9-1
Amount of Claim: $68,922.78
Date Claim Filed: 06/04/2019

Phone: (800) 931-2424
Last Four Digits of Acct #: 3194

Phone: (800) 561-4567
Last Four Digits of Acct #: 6468

Name and Address where transferee payments should be sent (if different from above):

Phone: (800) 931-2424
Last Four Digits of Acct #: 3194

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Daniel I. Singer                    Date: 04/28/2021
         Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**CERTIFICATE OF SERVICE**

I hereby certify that on the date indicated below, I electronically filed TRANSFER OF CLAIM OTHER THAN FOR SECURITY with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Richard L. Cannon, III
Cannon Law Offices, PLLC
PO Drawer 8425
Greenville, NC 27835-8425
Email: rick@cannonlaw4u.com

Joseph A. Bledsoe, III, Trustee
PO Box 1618
New Bern, NC 28563

and I hereby certify that I have mailed by United States Postal Service, postage prepaid, copies of TRANSFER OF CLAIM OTHER THAN FOR SECURITY to the following non-ECF participants:

Dorothy Irene Godley
427 Evergreen Dr.
Winterville, NC 28590


By: /s/ Daniel I. Singer                              Date: 04/28/2021
            Transferee/Transferee's Agent
            Singer Law Group
            2601 Main Street, Suite 950
            Irvine CA 92614
            Tel: 949-449-1577
            Email: daniel@dsingerlawgroup.com